1  **MUSICK, PEELER & GARRETT LLP**

2  333 South Hope Street, Suite 2900
   Los Angeles, California 90071-3048
      Telephone (213) 629-7600
3      Facsimile (213) 624-1376

4  Steven J. Elie (State Bar No. 130566)
   *s.elie@musickpeeler.com*
5  Steven T. Adams (State Bar No. 130846)
   *s.adams@musickpeeler.com*
6
   Attorneys for Defendant,
7  STATE FARM GENERAL INSURANCE COMPANY

8             **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

11 RUTH CONLEY, an individual,        CASE NO. 2:24-CV-00441 MRA (AGRX)
   RHONDA CONLEY, an individual,
12
           Plaintiffs,                **STIPULATION FOR DISMISSAL**
13
        vs.
14
   STATE FARM GENERAL
15 INSURANCE COMPANY, an
   insurance company, DOES 1-200,
16
           Defendants.
17

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

**MUSICK, PEELER
& GARRETT LLP**

2371056.1                    1

1     Plaintiffs Ruth Conley and Rhonda Conley and Defendant State Farm General

2 Insurance Company hereby stipulate pursuant to Federal Rule of Civil Procedure

3 41(a)(1)(a) that this action be dismissed with prejudice as to all claims, causes of

4 action and parties.  Each side to bear their own costs, expenses and attorney fees.

5

6 DATED:  April 22, 2024     LAW OFFICE OF STEVE WHITE

7

8

9                  By:      */s/ Steve White*

10                      Steve White
Attorneys for Plaintiffs Ruth Conley and

11                      Rhonda Conley

12 DATED:  April 22, 2024     MUSICK, PEELER & GARRETT LLP

13

14

15                  By:      */s/ Steven T. Adams*

16                      Steven T. Adams
Attorneys for Defendant State Farm

17                      General Insurance Company

18

**MUSICK, PEELER & GARRETT LLP**

2371056.1

2

STIPULATION FOR DISMISSAL