JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RUTH CONLEY, an individual, RHONDA CONLEY, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an insurance company, DOES 1-200,<br><br>Defendants. | Case No. 2:24-cv-00441 MRA (AGRx)<br><br>**ORDER OF DISMISSAL** |

Pursuant to the parties' Stipulation For Dismissal of this action (ECF 18), THIS ACTION IS HEREBY DISMISSED WITH PREJUDICE as to all claims, causes of action and parties, with each party bearing that party's own attorney's fees and costs. The Clerk shall close this file.

IT IS SO ORDERED.

DATED: April 23, 2024

_____
HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE